UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION FOR THE PRESERVATION OF GAMEFOWL,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY,<br><br>Defendant. | No. 1:20-cv-01294-ADA-SAB<br><br><br><br>ORDER DISMISSING CASE |

On June 7, 2023, the Court adopted, in full, the assigned Magistrate Judge's findings and recommendations to grant, in part, and deny, in part, Defendant's motion to dismiss. (ECF No. 39.) The Court's order provided Plaintiff twenty-one days within which to file an amended complaint. (*Id.* at 5.) The deadline to amend has passed, and Plaintiff has asserted "it is unable to make any further good faith amendments to its First Amended Complaint." (ECF No. 40 at 1.)

Accordingly,

1. This matter is dismissed pursuant to the Court's June 7, 2023, order adopting the Magistrate Judge's findings and recommendations;
2. The Clerk of Court shall close this case; and

///

///

1

3. Plaintiff's Request for Issuance of Judgment, (ECF No. 40), is denied as moot pursuant to this order.

IT IS SO ORDERED.

Dated: July 5, 2023

_____
UNITED STATES DISTRICT JUDGE