# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CALIFORNIA ASSOCIATION FOR THE PRESERVATION OF GAMEFOWL,**

CASE NO: **1:20–CV–01294–ADA–SAB**

v.

**STANISLAUS COUNTY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/5/2023**

**Keith Holland**
Clerk of Court

ENTERED: **July 5, 2023**

by: /s/ A. Lawrence
Deputy Clerk